THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Damien Johnson, Appellant.
 
 
 

Appeal From Georgetown County
 Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No.  2005-UP-031
Submitted January 1, 2005  Filed January 
 13, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Damien Johnson appeals his 
 convictions for first-degree burglary, kidnapping, and armed robbery.  The trial 
 judge sentenced Johnson to twenty years imprisonment for first-degree burglary, 
 twenty years imprisonment for kidnapping, and thirteen years imprisonment for 
 armed robbery.  
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Johnson attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Johnsons appeal is without legal merit sufficient to warrant a new trial.  
 Johnson did not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215, 
 SCACR.